IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**THOMAS EARL ELLIS, # 06800**                                                          PLAINTIFF

v.                                                       CAUSE NO. 1:19CV690-LG-RHW

**PELICIA HALL, MIKE HATTEN, MAINTENANCE DEPARTMENT OF SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION, S. EVANS, OFFICER REED, WARDEN COSAZAR, RONALD E. WOODALL, GLORIA PERRY, JOE ERRINGTON, OFFICER HOLLOWAY, APRIL MEGG, JOHN DOE, JOHN C. GILLIS, DR. MCCLEAVE, MELANIE BYRD, BRENDA SIMS, CONNIE PIERCE, WARDEN BLOUNT, AEMARK FOOD SERVICE, OFFICER JOHNSON, CAPTAIN A. WILLIAMS, KIMBERLY BOOSE, WARDEN LEE SMITH, SECURITY DEPARTMENT OF CORRECTIONS, MEDICAL PROVIDER, and NURSE STEVENSON**                                                       **DEFENDANTS**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 15th day of November, 2019.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE